United States District Court
Eastern District of North Carolina
No. 5:09-ct-3129-FL

FILED
MAR 10 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Lacy Lee Williams,
            Plaintiff,

v.                                    Review

Municipality of Raleigh,
North Carolina, et al.,
            Defendant(s)

Now come the plaintiff, Lacy Lee Williams Jr. pro se, who filed a 42 U.S.C. §1983 Civil Complaint against the above defendants for their acts and omission which violated plaintiff's Constitutional Rights.

The plaintiff is now before the Court, seeking a Review status on his motion titled "Re-evaluation" filed in this Court on January 4th, 2010.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this date of March 4th, 2010

Lacy Lee Williams Jr.

Certificate of Service:

I hereby certify that I have sent this original foregoing by placing it in the mail box via first class to: Louise W. Flanagan, Chief Judge, U.S. Dist. Ct. East. Dist. of N.C. PO Box 25670, Raleigh, N.C. 27611.

Executed March 4th, 2010.